## ADAMS v. THE CITY OF OAKLAND.

A notice of motion for a new trial, unaccompanied by the affidavit required by statute, will not entitle the statement of the grounds of the motion to be considered on appeal.

APPEAL from the District Court of the Third Judicial District, County of Alameda.

Appeal from an order overruling a motion for a new trial.

*C. Campbell* for Appellant.

*E. R. Carpentier* for Respondent.

TERRY, C. J., delivered the opinion of the Court—BURNETT, J., concurring.

In this case, the notice of motion for new trial served, simply informed plaintiff that the "Court would be moved to grant a new trial." Afterwards, a statement of the evidence was filed, but no affidavit or statement of the grounds on which his motion was based.

The statute provides that a party moving for a new trial shall, within five days after giving notice, make out and file with the clerk, the affidavit required, or a statement of the grounds on which he intends to rely. If such affidavit or statement be not filed within five days, the right to move for a new trial shall be deemed waived.

The statute not having been complied with, we can only consider the judgment-roll, which being regular upon its face, the judgment is affirmed.